DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD EPP,**
Appellant,

v.

**TETIANA ROMANOVA,**
Appellee.

No. 4D20-1856

[October 7, 2021]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Gerard Harper, Judge; L.T. Case No. 502017DR011495.

Richard Epp, Delray Beach, pro se.

Tetiana Romanova, Glen Rock, New Jersey, pro se.

PER CURIAM.

*Affirmed.*

GERBER, FORST, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***